IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01413-CMA-BNB

GREAT NORTHERN INSURANCE COMPANY, a Minnesota corporation,

Plaintiff,

v.

KITCHEN PERFECTION, INC., a Colorado corporation, and
CFMI CORPORATION, a Nevada corporation f/k/a CALFLEX MANUFACTURING
CORPORATION,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order Regarding Plaintiff's F.R.C.P. 26(a)(2) Expert Disclosures of Defendant CFMI Corporation** [docket no. 20, filed January 27, 2009] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the defendants shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 9, 2009**.

DATED: February 3, 2009