IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01413-CMA-BNB

GREAT NORTHERN INSURANCE COMPANY, a Minnesota corporation,

Plaintiff,

v.

KITCHEN PERFECTION, INC., a Colorado corporation, and
CFMI CORPORATION, a Nevada corporation f/k/a Calflex Manufacturing Corporation,

Defendants.

_____

**ORDER**
_____

This matter arises on the **Unopposed Motion to Amend Scheduling Order** [Doc. # 36, filed 4/8/2009] (the "Motion") which seeks to extend the deadline for the filing of motions pursuant to Fed. R. Evid. 702 to April 30, 2009.[1] Expert disclosures must be completed by April 13, 2009, and all discovery must be completed by June 1, 2009. Trial of the matter is set to begin on November 2, 2009. Good cause having been shown:

IT IS ORDERED that the Motion is GRANTED. All motions pursuant to Fed. R. Evid. 702 must be filed on or before **April 30, 2009**.

Dated April 9, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

---

[1] The Motion was referred to me on April 9, 2009. [Doc. # 37.]