IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01413-CMA-BNB

GREAT NORTHERN INSURANCE COMPANY, a Minnesota corporation,

Plaintiff,

v.

KITCHEN PERFECTION, INC., a Colorado corporation, and
CFMI CORPORATION, a Nevada corporation f/k/a CALFLEX MANUFACTURING
CORPORATION,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order Regarding Discovery Deadline** [docket no. 49, filed 5/28/09] (the "Motion").

      IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE subject to a renewed motion which addresses all remaining scheduling order deadlines, including the dispositive motion deadline.

DATED:  May 29, 2009