**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01413-CMA-BNB

GREAT NORTHERN INSURANCE COMPANY, a Minnesota corporation,

    Plaintiff,

v.

KITCHEN PERFECTION, INC., a Colorado corporation, and
CFMI CORPORATION, a Nevada corporation f/k/a CALFLX
MANUFACTURING CORPORATION,

    Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL OF PARTY DEFENDANT**

---

This matter is before the Court on the parties' Stipulation for Dismissal of CFMI Corporation (Doc. # 56).  The Court has reviewed the Stipulation and ORDERS as follows:

Defendant CFMI Corporation is hereby DISMISSED WITH PREJUDICE from the instant action, each party to bear its own costs.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of CFMI Corporation as a Defendant in this case.

    DATED:  June   15  , 2009

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge