**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01413-CMA-BNB

GREAT NORTHERN INSURANCE COMPANY, a Minnesota corporation,

  Plaintiff,

v.

KITCHEN PERFECTION, INC., a Colorado corporation,

  Defendant.

---

**ORDER REGARDING REQUEST FOR HEARING**

---

This matter is before the Court on Plaintiff's Motion Under Fed. R. Evid. 702 (Doc. # 45) and Plaintiff's Motion To Set Hearing (Doc. # 62). Upon consideration, the Court GRANTS these motions. It is hereby

ORDERED that counsel for all parties shall confer and contact Chambers *via* conference call (303-335-2174) no later than August 21, 2009 to set this matter for a *Daubert* hearing, indicating to the Court how much time will be needed for this hearing.

THE COURT NOTES that this matter is set on this Court's docket for a final trial preparation conference on October 16, 2009 and a five-day jury trial set to commence November 2, 2009. The Court expects that these dates will remain intact.

  DATED: August __17__, 2009

                                    BY THE COURT:

                                    *Christine M Arguello*
                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge