## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 08-cv-01413-CMA-BNB

GREAT NORTHERN INSURANCE COMPANY, a Minnesota corporation,

    Plaintiff,

v.

KITCHEN PERFECTION, INC., a Colorado corporation,

    Defendant.

## ORDER SETTING *DAUBERT* HEARING

Pursuant to a telephone conference between counsel and Chambers staff, a *Daubert* hearing in this matter is set for **Tuesday, September 8, 2009, at 8:30 a.m.**

The Court has set aside three hours for this hearing.

DATED: August __21__, 2009

                                  BY THE COURT:

                                  *[signature]*

                                  CHRISTINE M. ARGUELLO
                                  United States District Judge