**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge David L. Russell**

Civil Action No. 08-cv-01413-DLR-BNB

GREAT NORTHERN INSURANCE COMPANY, a Minnesota corporation,

     Plaintiff,

v.

KITCHEN PERFECTION, INC., a Colorado corporation,

Defendant.

---

**ORDER STRIKING *DAUBERT* HEARING**

---

In light of the recent transfer of this case to the above-designated Judge, the *Daubert* hearing previously set for Tuesday September 8, 2009 at 8:30 a.m. is hereby STRICKEN. The hearing will be re-set at a later day.

IT IS SO ORDERED this 27th day of August 2009.

*/s/ David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE