**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| **GREAT NORTHERN INSURANCE COMPANY,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| vs. | ) ) | 08-cv-01413-DLR-BNB |
| **KITCHEN PERFECTION, INC., et al.,** | ) ) ) | |
| **Defendants.** | ) | |

## **ORDER**

The hearing on *Daubert* motions is scheduled for September 14, 2009, at 9:30 a.m., Alfred A. Arraj Courthouse, 901 19th Street, Courtroom A-702, Denver, Colorado.

IT IS SO ORDERED this 1st day of September, 2009.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE