```
             IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF COLORADO


Date: October 19, 2009


GREAT NORTHERN INSURANCE CO.    )
                                )
            Plaintiff,          )
                                )
vs.                             )   Case No. 08-CV-01413-DLR-BNB
                                )
KITCHEN PERFECTION, INC.        )
                                )
            Defendant.          )
```

ENTER ORDER:

    The civil jury trial on the above captioned case will begin November 2, 2009 at 9:00 A.M. in Courtroom A-601 in the Alfred A. Arraj Courthouse.

By direction of Judge David L. Russell, we have entered the above enter order.

                                            By: s/Nancy Stark

                                                    Deputy Clerk