# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | )  08-cv-01413-DLR-BNB ) |
| KITCHEN PERFECTION, INC., | ) ) |
| Defendant. | ) |

## ORDER

Pursuant to D.C. Colo. LCvR 54.2, the Court in its discretion imposes jury costs of $1,337.75 upon the parties, each party to pay one-half of the costs within ten days of the date of this Order..

The parties have shown no good reason why this case could not have settled at an earlier time. As a result, 22 jurors were required to appear in court at a total cost of $1,337.75. It should also be noted, although not covered by the Local Rule, this Judge and his Law Clerk were required to travel to Denver on Sunday, November 5, 2009, anticipating starting the trial on Monday. Apparently no effort was made to notify the Judge whose name is listed in the Oklahoma City phonebook. The Government incurred significant costs as a result.

IT IS SO ORDERED this 23rd day of November, 2009.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE